255 So.2d 769

**Carl J. JACKSON, Jr.**

**v.**

**Ronald T. LAJAUNIE et al. and Continental Insurance Company.**

No. 51961.

Jan. 4, 1972.

In re: The Continental Insurance Company applying for writ of certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 253 So.2d 540.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

255 So.2d 769

**STATE of Louisiana ex rel. Frank MOORE**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52001.

Jan. 4, 1972.

In re: Frank Moore applying for writs of mandamus and habeas corpus.

Writ refused. According to the return of the trial judge he has now ruled upon the petition for habeas corpus. Hence the application to this court for mandamus directed to the trial judge is moot.